In the Matter of the Claim of WLADISLAW GORSKY, Respondent, against WILSON & COMPANY, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — award for injury to eye.*

*Gorsky* v. *Wilson & Co.*, 191 App. Div. 926, affirmed.

(Argued April 15, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1920, affirming an award of the State Industrial Commission made under the Workmen's Compensation Law. Claimant while employed as a cooper by defendant was struck in the right eye by a splinter of wood which flew from a barrel he was repairing. There was testimony on the part of claimant that the eye was permanently injured as a result of the accident. Defendant introduced proof tending to show that the condition of the eye was not due to the accident, but that loss of vision complained of was due to nearsightedness or astigmatism.

*Jeremiah F. Connor* for appellant.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.